**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                                        General Court Number
Clerk                                                                                                                   415.522.2000


**March 14, 2012**

**CASE NUMBER:  CV 11-06566 SLM**
**CASE TITLE:  USA-v-GEORGANN K CUNNEY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Joseph C. Spero** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JCS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/14/12

                                                                    FOR THE EXECUTIVE COMMITTEE:

                                                                    _____*Richard W. Wieking*_____
                                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                                Entered in Computer 3/14/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                        Transferor CSA